```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0195--CV (JWS)
                     "USA V ZACHARY TAYLOR"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/15/05
            Closed: 08/29/05

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1           USA                           No counsel found for this party!

DEF 1.1           TAYLOR, ZACHARY               No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0195--CV (JWS)
                              "USA V ZACHARY TAYLOR"

                                 For all filing dates
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 08/15/05
             Closed: 08/29/05

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (510) Vacate sentence (2255)

              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Waived
            Trial by:


Document #   Filed       Docket text

NOTE -   1   08/16/05    Notation: All docketing will be in criminal case #A02-0126 CR.
```